## C. B. ALLEN V. THE STATE.

No. 23505. Delivered December 4, 1946.
Rehearing Denied January 29, 1947.

No attorney of record on appeal for appellant.

*Ernest S. Goens,* State's Attorney, of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for an aggravated assault, punishment being sixty days' imprisonment in the county jail.

The transcript as originally filed failed to show any notice of appeal. This defect has been remedied by a supplemental transcript.

No bills of exception are brought forward complaining of any procedure during the trial. It is not thought necessary to detail the facts. They support the verdict and judgment.

The judgment is affirmed.

ON APPELLANT'S MOTION FOR REHEARING.

DAVIDSON, Judge.

In his motion for rehearing appellant claims the facts insufficient to support the conviction because venue was not proven.

The statement of facts sufficiently reflects that venue was proven, as alleged. Moreover, it will be presumed upon appeal that venue was proven in the trial court unless an issue was made thereon upon the trial of the case, and the record so reflects. Article 847, Vernon's Code of Criminal Procedure, and authorities there cited.

There is nothing in the record before us showing that the rule stated was complied with.

The motion for rehearing is overruled.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.